IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 10-10492-B-13 |
| Elias M Rodriguez, Patricia M Rodriguez | § | |
| Debtor(s) | § | CHAPTER 13 |

## AMENDMENT TO CHAPTER 13 PLAN

Debtor(s) hereby amends the plan filed on July 15, 2010 to reflect the following changes and revokes any previously filed amendments.

1. Plan Payments are changed to:

   Months:   1   to   60   Payment:   $ 400.00
   Months:         to         Payment:

   Gross Amount from Debtor(s) for plan duration (plan base)     $   24,000.00

2. Changes to treatment of creditors:

   | Creditor | Change |
   |---|---|
   | CPS Security | Added to Schedule F as an unsecured debt. Shall be paid in the plan. |
   | _____ | _____ |

3. Changes to other plan provisions (specify paragraph in plan):
   _____
   _____

4. All other provisions of the Debtor(s)' plan shall remain the same.

Date: August 10, 2010.

      /s/Elias Rodriguez
      Signature of Debtor

      /s/Patricia Rodriguez
      Signature of Joint Debtor

      /s/Abelardo Limon
      Abelardo Limon
      Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Amendment to Chapter 13 Plan was mailed this August 10, 2010 by U.S. Mail and/or served electronically to the parties on the attached service list.

      /s/Abelardo Limon
      Abelardo Limon

| | |
|---|---|
| CPS Security | Devlin, Naylor & Turbyfill, PLLC ** |
| P O Box 782408 | Attorneys for Ford Motor Credit Co. |
| San Antonio, TX 78278 | 4801 Woodway/Ste 420 West |
| | Houston, TX 77056-1805 |

GE Money Bank **
c/o Recovery Management Systems Corp
25 SE 2nd Avenue/Ste 1120
Miami, FL 33131-1605